UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID O. RUCKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09CV670 CDP |
| ) | |
| US FIDELIS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Having reviewed the joint memorandum filed on April 5, 2010 by plaintiffs and defendant Cory Atkinson,

**IT IS HEREBY ORDERED** that **this action is stayed until April 16, 2010.**

**IT IS FURTHER ORDERED** that counsel for plaintiffs and Cory Atkinson shall file a joint memorandum advising the Court of the status of the bankruptcy proceedings by **April 13, 2010.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2010.