UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID O. RUCKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09 CV 670 CDP |
| ) | |
| US FIDELIS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Having reviewed the joint memorandum filed on April 15, 2010 by plaintiffs and defendant Cory Atkinson,

**IT IS HEREBY ORDERED** that **this action is stayed pending further order of this Court.**

**IT IS FURTHER ORDERED** that counsel for plaintiffs and Cory Atkinson shall file a joint memorandum advising the Court within ten (10) days of Judge Rendlen issuing his decision in the bankruptcy trial set for July 8, 2010.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2010.