UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID O. RUCKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09CV670 CDP |
| ) | |
| US FIDELIS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Having reviewed the joint memorandum filed on January 14, 2011 by the parties,

**IT IS HEREBY ORDERED** that **this action is stayed pending further order of this Court.**

**IT IS FURTHER ORDERED** that the **parties shall file a joint memorandum advising the Court of the status of the bankruptcy proceedings by April 4, 2011 or within ten (10) days of approval of any plan of liquidation, whichever is earlier.**

**IT IS FURTHER ORDERED** that the Show Cause Order dated January 5, 2011 is deemed satisfied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of January, 2011.