UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID O. RUCKER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:09 CV 670 CDP |
| | ) |
| US FIDELIS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Having reviewed the fifth joint status memorandum,

**IT IS HEREBY ORDERED** that **this action is stayed pending further order of this Court, and the parties shall file a joint memorandum advising the Court of the status of the bankruptcy proceedings by September 30, 2011 or within ten (10) days of approval of any plan of liquidation, whichever is earlier.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2011.