UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID O. RUCKER, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:09CV670 CDP |
| US FIDELIS, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendant Cory Atkinson's motion for an extension of time to comply with my October 4, 2011 Order.  I will grant the motion for extension of time and give the parties up to, and including, October 28, 2011 to file a joint supplemental status memorandum.  If any party objects to an administrative closure of this action, they must do so in writing by the same date.  Failure to file an objection will waive a party's right to object and will be deemed consent to administrative closure.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for an extension of time [#68] is granted, and the parties shall have up to, and including, **October 28, 2011** to file a joint supplemental status memorandum in compliance with my October 4, 2011 Order.

**IT IS FURTHER ORDERED** that <u>any party objecting to an administrative closure of this action must do so by filing a written objection no later than October 28, 2011.  Failure to file an objection will waive a party's right to object and will be deemed consent to administrative closure.</u>

                                                _____
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 20th day of October, 2011.